## GARRITY v. MORRISVILLE ZONING BD. OF ADJUSTMENT

No. 391P94

Case below: 115 N.C.App. 273

Petition by defendants (Southport Business Park & Morrisville) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994. Motions by plaintiffs (Johathan Garrity d/b/a Cambridge Hanover Aviation Parkway Associates and Browning-Ferris Industries, Inc.) to dismiss, or in the alternative, to strike petition for discretionary review denied 8 September 1994. Motion by plaintiff (Browning-Ferris Industries, Inc.) for sanctions denied 8 September 1994.

## HILL v. MORTON

No. 368PA94

Case below: 115 N.C.App. 390

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 September 1994.

## HOUSTON & ASSOC. v. COUNTY OF BRUNSWICK

No. 299P94

Case below: 114 N.C.App. 504

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## HOWARD v. TRAVELERS INSURANCE COS.

No. 354P94

Case below: 115 N.C.App. 458

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## HUGHES v. YOUNG

No. 362P94

Case below: 115 N.C.App. 325

Petition by defendant (Samuel K. Young) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.